UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GREENWICH LIFE SETTLEMENTS, INC. and
GREENWICH SETTLEMENTS MASTER TRUST,     Civil Action # 08 CV 03062
                                         (PKL) ECF CASE
            Plaintiffs,

   - against -                           **Petition For Removal**

VIASOURCE FUNDING GROUP, LLC,            New York County
                                         Index #08/600611
            Defendant.
------------------------------------------------------------------------x

**To The Honorable Judges Of The United States District Court For The Southern District Of New York:**

   The Petitioner, ViaSource Funding Group, LLC, by its undersigned attorneys, respectfully show this Court:

   1.   Petitioner is the Defendant in the above-entitled action.

   2.   On or about February 29, 2008, the above-entitled action was commenced against the Petitioner in the Supreme Court of the State of New York, County of New York, and is now pending therein.

   3.   On or about March 3, 2008 the Summons and Complaint (the "Complaint") was served upon the Secretary of State and ViaSource then received a copy on March 11, 2008. Upon information and belief, service is not yet complete. The Complaint is annexed as Exhibit A.

   4.   The time to answer or move has not yet expired.

   5.    No further proceedings have been had herein.

   6.   This is a civil action where the Plaintiffs seek damages in excess of $75,000.00, exclusive of interests and costs, as alleged third party beneficiaries of a purported contract.

7. This Notice of Removal is filed pursuant to 28 U.S.C. 1332 and 1441 and is filed with this Court within thirty (30) days of service upon defendant of the Complaint, as required by 28 U.S.C. 1446.

8. The Complaint alleges Greenwich Life Settlements, Inc., is a Delaware Corporation with its principal place of business in Greenwich, Connecticut and Greenwich Settlements Master Trust is a Delaware Trust.

9. Defendant is a limited liability company registered in New Jersey with its principal place of business in Bernards Township, New Jersey.

10. Accordingly, there exists complete diversity of citizenship between the parties, as required by 28 U.S.C. 1332 (a)(1) and other applicable law.

11. The citizenship of the parties has not changed between the commencement of this action and the filing of this petition.

12. This Court has original jurisdiction over this action pursuant to 28 U.S.C. 1332(a), and in accordance with 28 U.S.C. 1441(a) and 28 U.S.C. 1446(b), removal is appropriate.

13. The defendant has given written notice of this filing as required by 28 U.S.C. 1446(d), and a copy of this Notice has been filed with the clerk of the Supreme Court, New York County.

I hereby certify that each of the above statements is true, and I am aware that if any of the statements are willfully false, I am subject to punishment.

WHEREFORE, Petitioner, ViaSource Funding, prays that the above-entitled action be removed from the Supreme Court of the State of New York, County of New York, to this Court.

Dated: New York, New York
       March 26, 2008

                                      **Kelleher & Dunne LLP**
                                      *Attorneys for Defendant/Petitioner*

                                      By:_____S_____
                                          John W. Dunne (JD 2515)
                                          17 Battery Place, 11th Fl.
                                          New York, NY 10004
                                          212-825-1700