UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
GREENWICH LIFE SETTLEMENTS, INC. and
GREENWICH SETTLEMENTS MASTER TRUST,

                      Plaintiffs,

-against-

VIASOURCE FUNDING GROUP, LLC.,

                      Defendant.

-------------------------------------------------------------x

Case No. 08 cv 03062 (PKL)

**RULE 7.1 STATEMENT**

**ECF CASE**

      Defendant, VIASOURCE FUNDING GROUP, LLC, states pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, that it does not have a parent corporation, and that no publicly held corporation owns ten percent or more of its stock.

Dated: New York, New York
       March 26, 2008

                              **KELLEHER & DUNNE LLP**

                              By: _____S_____
                                John W. Dunne (JD 2515)
                                *Attorney for Defendant*
                                17 Battery Place, 11th Fl.
                                New York, NY 10004
                                (212) 825-1700
                                (212) 825-1108 (fax)