UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
GREENWICH LIFE SETTLEMENTS, INC. and
GREENWICH SETTLEMENTS MASTER TRUST

           Plaintiffs,

    - against -

VIASOURCE FUNDING GROUP, LLC,

           Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Case No. 08 CV 03062 (PKL)

## DEMAND FOR TRIAL BY JURY OF PLAINTIFFS GREENWICH LIFE SETTLEMENTS, INC. AND GREENWICH SETTLEMENTS MASTER TRUST

Pursuant to Federal Rule of Civil Procedure 38, Plaintiffs Greenwich Life Settlements, Inc. and Greenwich Settlements Master Trust (collectively, the "Plaintiffs'), respectfully demand a trial by jury in this action of all issues triable by jury in this matter. This demand is made with a full reservation of Plaintiffs' rights, including, but not limited to, the right to seek remand of this matter.

Dated: New York, New York
       April 14, 2008

                                  Respectfully submitted:

                                  OTTERBOURG, STEINDLER, HOUSTON & ROSEN, P.C.

                                  By: /s/ Richard G. Haddad
                                       Richard G. Haddad (RGH- 6438)
                                       A Member of the Firm
                                  230 Park Avenue
                                  New York, New York 10169
                                  (212) 661-9100
                                  Fax (212) 682-6104
                                  Email: rhaddad@oshr.com

                                  *Attorneys for Plaintiffs Greenwich Life Settlements, Inc. and Greenwich Settlements Master Trust*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via this Court's Electronic Case Filing System on John W. Dunne, Esq., counsel for Defendant, c/o Kelleher & Dunne LLP, 17 Battery Place, 11th Floor, New York, New York 10004, as well as via U.S. Mail on this 14th day of April, 2008.

/s/ Richard G. Haddad
Richard G. Haddad