<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this 17th day of June, 2008, a true and correct copy of the foregoing **AMENDED PETITION AND NOTICE OF PETITIOIN** was served by first class mail on:

 Otterbourg, Steindler, Houston & Rosen, P.C.
 *Attorneys for Plaintiff*
 230 Park Ave.
 New York, NY 10169

                _____s_____
                  John W. Dunne

-