UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

GREENWICH LIFE SETTLEMENTS, INC. and
GREENWICH SETTLEMENTS MASTER TRUST,   Civil Action No.: 08 CV 03062
                                      (PKL) ECF CASE
               Plaintiffs,

  - against -                          **Notice of Filing Amended**
                                      **Petition For Removal**

VIASOURCE FUNDING GROUP, L.L.C.,      New York County
                                      Index #08/600611

               Defendant.
------------------------------------------------------------------------x

To:    Otterbourg, Steindler, Houston    Clerk, Supreme Court
        & Rosen, P.C.                           New York County
        *Attorneys for Plaintiff*            60 Centre Street
        230 Park Ave.                          New York, New York 10007
        New York, NY 10169

     PLEASE TAKE NOTICE that on March 26, 2008, ViaSource Funding Group, LLC, Defendant in the above-entitled action, filed a Petition for Removal, copies of which are attached hereto, of the above-entitled action to the United States District Court for the Southern District of New York, Civil Division.

     You are also advised that Defendant, on filing such Petition for Removal in the Office of the Clerk of the United States District Court for the Southern District of New York, also filed copies thereof with the Clerk of the Supreme Court of the State of New York, County of New York, to effect removal pursuant to 28 U.S.C. Sec. 1446(e).

Dated:    New York, New York
            June 17, 2008                   **Kelleher & Dunne LLP**
                                                 *Attorneys for Defendant*

                                                 By: _____S_____
                                                  John W. Dunne (JD 2515)
                                                  17 Battery Place, 11th Fl.
                                                  New York, NY 10004
                                                  212-825-1700

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GREENWICH LIFE SETTLEMENTS, INC. and
GREENWICH SETTLEMENTS MASTER TRUST,   Civil Action # 08 CV 03062
                                      (PKL) ECF CASE
                  Plaintiffs,

  - against -                          **Amended Petition For Removal**

VIASOURCE FUNDING GROUP, LLC,         New York County
                                      Index #08/600611
                  Defendant.
-------------------------------------------------------------------x

**To The Honorable Judges Of The United States District Court For The Southern District Of New York:**

The Petitioner, ViaSource Funding Group, LLC, by its undersigned attorneys, respectfully show this Court:

1.    Petitioner is the Defendant in the above-entitled action.

2.    On or about February 29, 2008, the above-entitled action was commenced against the Petitioner in the Supreme Court of the State of New York, County of New York.

3.    On or about March 3, 2008 the Summons and Complaint (the "Complaint") was served upon the Secretary of State and ViaSource then received a copy on March 11, 2008.

4.    On March 26, 2008, ViaSource removed the action to this court.[1]

5.    No further proceedings have been had herein.

6.    This is a civil action where the Plaintiffs seek damages in excess of $75,000.00, exclusive of interests and costs, as alleged third party beneficiaries of a purported contract.

---

[1] Pursuant to the Court's directive, ViaSource files this Amended Petition identifying the specific residence of each its members.

7. This Notice of Removal was filed pursuant to 28 U.S.C. 1332 and 1441 and was filed with this Court within thirty (30) days of service upon defendant of the Complaint, as required by 28 U.S.C. 1446.

8. The Complaint alleges Greenwich Life Settlements, Inc., is a Delaware Corporation with its principal place of business in Greenwich, Connecticut and Greenwich Settlements Master Trust is a Delaware Trust.

9. Defendant is a limited liability company registered in New Jersey with its principal place of business in Bernards Township, New Jersey. The individual members of Defendant are residents of New Jersey, New York and Pennsylvania. No member of ViaSource is a resident of Connecticut.

10. Accordingly, there exists complete diversity of citizenship between the parties, as required by 28 U.S.C. 1332 (a)(1) and other applicable law.

11. The citizenship of the parties has not changed between the commencement of this action and the filing of this amended petition.

12. This Court has original jurisdiction over this action pursuant to 28 U.S.C. 1332(a), and in accordance with 28 U.S.C. 1441(a) and 28 U.S.C. 1446(b), removal is appropriate.

13. The defendant has given written notice of this filing as required by 28 U.S.C. 1446(d), and a copy of this Notice has been filed with the clerk of the Supreme Court, New York County.

I hereby certify that each of the above statements is true, and I am aware that if any of the statements are willfully false, I am subject to punishment.

WHEREFORE, Petitioner, ViaSource Funding, prays that the above-entitled action be removed from the Supreme Court of the State of New York, County of New York, to this Court.

Dated: New York, New York
June 17, 2008

**Kelleher & Dunne LLP**
*Attorneys for Defendant/Petitioner*

By:_____S_____
John W. Dunne (JD 2515)
17 Battery Place, 11th Fl.
New York, NY 10004
212-825-1700

CERTIFICATE OF SERVICE

      I hereby certify that on this  17th day of June, 2008, a true and correct copy of the foregoing **AMENDED PETITION AND NOTICE OF PETITIOIN** was served by first class mail on:

    Otterbourg, Steindler, Houston & Rosen, P.C.
    *Attorneys for Plaintiff*
    230 Park Ave.
    New York, NY 10169


                                              _____s_____
                                                  John W. Dunne