```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
GREENWICH LIFE SETTLEMENTS, INC. and
GREENWICH SETTLEMENTS MASTER TRUST,   Civil Action # 08 CV 03062
                                      (PKL) ECF CASE
                  Plaintiffs,

    - against -                       **ORDER FOR ADMISSION**
                                      **PRO HAC VICE**
                                      **ON WRITTEN MOTION**

VIASOURCE FUNDING GROUP, LLC,

                  Defendant.
-----------------------------------------------------------x

Upon the motion of John W. Dunne, attorney for defendant ViaSource Funding Group, LLC, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

Michael Schottland
Lomurro, Davison, Eastman & Munoz, P.A.
Monmouth Executive Center
100 Willowbrook Road, Building 1
Freehold, NJ 07728-2879
732-462-7170
732-462-8955
mschottland@lomurrolaw.com



is admitted to practice pro hac vice as counsel for Defendant in the above case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

1

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated:    July 7, 2008
          New York, NY

_____
United States District Judge