UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREENWICH LIFE SETTLEMENTS, INC. and GREENWICH SETTLEMENTS MASTER TRUST,<br><br>    Plaintiffs,<br><br>- against -<br><br>VIASOURCE FUNDING GROUP, LLC,<br><br>    Defendant. | No. 08 Civ. 3062 (PKL) |

**NOTICE OF MOTION ON BEHALF OF DEFENDANT,
VIASOURCE FUNDING GROUP, LLC,
TO DISMISS COMPLAINT
AND FOR ALTERNATIVE RELIEF**

TO:

Richard G. Haddad, Esq.
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, N.Y. 10169
*Attorneys for Plaintiffs*

COUNSEL:

PLEASE TAKE NOTICE, that the undersigned, co-counsel for defendant, ViaSource Funding Group, LLC, hereby moves, in the United States District Court for the Southern District of New York, for an Order dismissing the plaintiffs' Complaint and for alternative relief in the form of a transfer of this action to the United States District Court for the District of New Jersey.

We intend to rely upon the Certifications of Marc. E Feaster and of Michael D. Schottland, Esq., with the Exhibits thereto, and upon the Memorandum of Law in support of this Motion, which are being filed and served herewith.

These documents are being filed and served electronically, as provided by the applicable Rules of this Court.

                Lomurro, Davison, Eastman & Muñoz, P.A.,
                Attorneys for Defendant,
                ViaSource Funding Group, LLC,
                admitted *pro haec vice*

BY: _/s/ Michael D. Schottland_
            Michael D. Schottland

DATED: August 15, 2008

1